People v Hernandez (2026 NY Slip Op 01922)

People v Hernandez

2026 NY Slip Op 01922

Decided on March 31, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 31, 2026

Before: Moulton, J.P., Kennedy, Rodriguez, Michael, Chan, JJ. 

Ind. No. 2157/14|Appeal No. 6237|Case No. 2024-06132|

[*1]The People of the State of New York, Respondent,
vArthur Hernandez, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Carola M. Beeney of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Christopher P. Marinelli of counsel), for respondent.

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered on or about September 9, 2024, which denied defendant's CPL 440.20 motion to vacate the court's restitution order and order a restitution hearing before a jury, unanimously affirmed.
Defendant's argument that he was entitled, pursuant to Apprendi v New Jersey (530 US 466 [2000]), to a jury determination regarding the amount of restitution, is foreclosed by the Court of Appeals' contrary holding in People v Horne (97 NY2d 404, 415 [2002]).
We have considered defendant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 31, 2026